United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50710
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN PEDRO HIPOLITO-TREVINO,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:03-CR-851-1-WWJ
---------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Juan Pedro Hipolito-Trevino (Hipolito) appeals the 41-month

sentence he received after pleading guilty to one count of

illegal reentry into the United States after having been

deported.  See 8 U.S.C. § 1326.

Hipolito contends that his sentence violated due process and

should have been limited to two years because his indictment

failed to allege the prior drug-trafficking conviction.  As he

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

concedes, this contention is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998).

Hipolito also contends that he is entitled to resentencing because the district court sentenced him under a mandatory application of the guidelines that has been prohibited by <u>United States v. Booker</u>, 125 S. Ct. 738, 756-57, 769 (2005). Because Hipolito did not raise this issue in the district court, we review for plain error. <u>United States v. Valenzuela-Quevedo</u>, 407 F.3d 728, 732 (5th Cir. 2005). Although there was an error under <u>Booker</u>, Hipolito fails to demonstrate that the district court would have imposed a different sentence under advisory guidelines. <u>Id.</u> at 733. He therefore fails to show that the error affected his substantial rights as is necessary under the plain-error standard. <u>See</u> <u>id.</u>; <u>United States v. Mares</u>, 402 F.3d 511, 521-22 (5th Cir. 2005), <u>petition for cert. filed</u> (Mar. 31, 2005) (No. 04-9517).

The judgment of the district court is AFFIRMED.